OPPENHEIMER v. CARABAYA RUBBER & NAVIGATION CO.

(Supreme Court, Appellate Division, First Department. June, 1911.)

Appeal from Special Term, New York County.
Action by Leo Oppenheimer, as trustee in bankruptcy, against the Carabaya Rubber & Navigation Company. From an order directing that the action be tried at the Special Term and denying defendant's motion for a stay, defendant appeals. Reversed and motion granted.
Argued before INGRAHAM, P. J., and McLAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

William M. Bennett, for appellant.
Abram I. Elkus, for respondent.

PER CURIAM. For the reasons given in Oppenheimer v. Carabaya Rubber & Navigation Company. 130 N. Y. Supp. 587, decided herewith, the order appealed from will be reversed, with $10 costs and disbursements, and the motion granted.

DOWLING, J., dissents.